Krenitsky's of Blakely, Inc.  433  James F Miller  SSN: 1337  Check date: 01/15/26  Check #: 109069
1427 Main Street  955 B Main St
Peckville, PA 18452  Peckville, PA 18452  Period begin: 01/04/26  Period end: 01/10/26

| Regular | | | | Overtime | | | Double Time | | | Total | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wages | Rate | Hours | Amount | Rate | Hours | Amount | Rate | Hours | Amount | Hours | Amount | | |
| Wages | 16.00 | 37.05 | 592.80 | 24.00 | | 0.00 | 32.00 | | 0.00 | 37.05 | 592.80 | FICA-SS | 36.76 |
| | | | | | | | | | | | | FICA-MED | 8.60 |
| | | | | | | | | | | | | FIT | 29.21 |
| | | | | | | | | | | | | Pennsylvania SIT | 18.20 |
| | | | | | | | | | | | | Pennsylvania SUI | 0.41 |
| | | | | | | | | | | | | Pennsylvania Blakel | 5.93 |
| | | | | | | | | | | | | Pennsylvania Blakel | 1.00 |
| Totals | | 37.05 | 592.80 | | | 0.00 | | | 0.00 | 37.05 | 592.80 | | 100.11 |

Accruable benefits   Used this check   Available   Direct deposit detail:

Net Check 492.69
Direct Deposit 0.00
Total Pay 492.69

Year to Date

| Regular | | | Overtime | | Double Time | | Total | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Wages | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount | | |
| Wages | 73.87 | 1,181.87 | | 0.00 | | 0.00 | 73.87 | 1,181.87 | FICA-SS | 73.28 |
| | | | | | | | | | FICA-MED | 17.14 |
| | | | | | | | | | FIT | 57.98 |
| | | | | | | | | | Pennsylvania SIT | 36.28 |
| | | | | | | | | | Pennsylvania SUI | 0.82 |
| | | | | | | | | | Pennsylvania Blakel | 11.82 |
| | | | | | | | | | Pennsylvania Blakel | 2.00 |
| Totals | 73.87 | 1,181.87 | | 0.00 | | 0.00 | 73.87 | 1,181.87 | | 199.32 |

Direct deposit detail:

Net Check 982.55
Direct Deposit 0.00
Total Pay 982.55

| Wages | Regular Rate | Regular Hours | Regular Amount | Overtime Rate | Overtime Hours | Overtime Amount | Double Time Rate | Double Time Hours | Double Time Amount | Total Hours | Total Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wages | 16.00 | 37.17 | 594.67 | 24.00 | | 0.00 | 32.00 | | 0.00 | 37.17 | 594.67 | FICA-SS | 36.87 |
| | | | | | | | | | | | | FICA-MED | 8.62 |
| | | | | | | | | | | | | FIT | 29.44 |
| | | | | | | | | | | | | Pennsylvania SIT | 18.26 |
| | | | | | | | | | | | | Pennsylvania SUI | 0.42 |
| | | | | | | | | | | | | Pennsylvania Blakel | 5.95 |
| | | | | | | | | | | | | Pennsylvania Blakel | 1.00 |
| Totals | | 37.17 | 594.67 | | | 0.00 | | | 0.00 | 37.17 | 594.67 | | 100.56 |

Krenitsky's of Blakely, Inc.
1427 Main Street
Peckville, PA 18452

433

James F Miller
955 B Main St
Peckville, PA 18452

SSN: 1337

Check date: 01/22/26   Check #: 109140
Period begin: 01/11/26   Period end: 01/17/26

Accruable benefits    Used this check    Available    Direct deposit detail:

Net Check     494.11
Direct Deposit  0.00
Total Pay    494.11

Year to Date

| Wages | Regular Hours | Regular Amount | Overtime Hours | Overtime Amount | Double Time Hours | Double Time Amount | Total Hours | Total Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Wages | 111.03 | 1,776.54 | | 0.00 | | 0.00 | 111.03 | 1,776.54 | FICA-SS | 110.15 |
| | | | | | | | | | FICA-MED | 25.76 |
| | | | | | | | | | FIT | 87.42 |
| | | | | | | | | | Pennsylvania SIT | 54.54 |
| | | | | | | | | | Pennsylvania SUI | 1.24 |
| | | | | | | | | | Pennsylvania Blakel | 17.77 |
| | | | | | | | | | Pennsylvania Blakel | 3.00 |
| Totals | 111.03 | 1,776.54 | | 0.00 | | 0.00 | 111.03 | 1,776.54 | | 299.88 |

Direct deposit detail:

Net Check    1,476.66
Direct Deposit  0.00
Total Pay   1,476.66

Krenitsky's of Blakely, Inc.  
1427 Main Street  
Peckville, PA 18452

433

James F Miller  
955 B Main St  
Peckville, PA 18452

SSN: 1337

Check date: 01/29/26  Check #: 109213  
Period begin: 01/18/26  Period end: 01/24/26

| Wages | Regular Rate | Regular Hours | Regular Amount | Overtime Rate | Overtime Hours | Overtime Amount | Double Time Rate | Double Time Hours | Double Time Amount | Total Hours | Total Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wages | 16.00 | 37.20 | 595.20 | 24.00 | | 0.00 | 32.00 | | 0.00 | 37.20 | 595.20 | FICA-SS | 36.90 |
| | | | | | | | | | | | | FICA-MED | 8.63 |
| | | | | | | | | | | | | FIT | 29.50 |
| | | | | | | | | | | | | Pennsylvania SIT | 18.27 |
| | | | | | | | | | | | | Pennsylvania SUI | 0.42 |
| | | | | | | | | | | | | Pennsylvania Blakel | 5.95 |
| | | | | | | | | | | | | Pennsylvania Blakel | 1.00 |
| Totals | | 37.20 | 595.20 | | | 0.00 | | | 0.00 | 37.20 | 595.20 | | 100.67 |

Accruable benefits   Used this check   Available   Direct deposit detail:

Net Check  494.53  
Direct Deposit  0.00  
Total Pay  494.53

Year to Date

| Wages | Regular Hours | Regular Amount | Overtime Hours | Overtime Amount | Double Time Hours | Double Time Amount | Total Hours | Total Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Wages | 148.23 | 2,371.74 | | 0.00 | | 0.00 | 148.23 | 2,371.74 | FICA-SS | 147.05 |
| | | | | | | | | | FICA-MED | 34.39 |
| | | | | | | | | | FIT | 116.92 |
| | | | | | | | | | Pennsylvania SIT | 72.81 |
| | | | | | | | | | Pennsylvania SUI | 1.66 |
| | | | | | | | | | Pennsylvania Blakel | 23.72 |
| | | | | | | | | | Pennsylvania Blakel | 4.00 |
| Totals | 148.23 | 2,371.74 | | 0.00 | | 0.00 | 148.23 | 2,371.74 | | 400.55 |

Direct deposit detail:

Net Check  1,971.19  
Direct Deposit  0.00  
Total Pay  1,971.19

Krenitsky's of Blakely, Inc.  433  James F Miller  SSN: 1337  Check date: 02/05/26  Check #: 109281
1427 Main Street  955 B Main St  Period begin: 01/25/26  Period end: 01/31/26
Peckville, PA 18452  Peckville, PA 18452

| Wages | Regular | | | Overtime | | | Double Time | | | Total | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Rate | Hours | Amount | Rate | Hours | Amount | Rate | Hours | Amount | Hours | Amount | | |
| Wages | 16.00 | 29.52 | 472.27 | 24.00 | | 0.00 | 32.00 | | 0.00 | 29.52 | 472.27 | FICA-SS | 37.21 |
| Vacation | 16.00 | 8.00 | 128.00 | 24.00 | | 0.00 | 32.00 | | 0.00 | 8.00 | 128.00 | FICA-MED | 8.70 |
| | | | | | | | | | | | | FIT | 30.11 |
| | | | | | | | | | | | | Pennsylvania SIT | 18.43 |
| | | | | | | | | | | | | Pennsylvania SUI | 0.42 |
| | | | | | | | | | | | | Pennsylvania Blakel | 6.00 |
| | | | | | | | | | | | | Pennsylvania Blakel | 1.00 |
| Totals | | 37.52 | 600.27 | | | 0.00 | | | 0.00 | 37.52 | 600.27 | | 101.87 |

Accruable benefits  Used this check  Available  Direct deposit detail:

Net Check 498.40
Direct Deposit 0.00
Total Pay 498.40

Year to Date

| Wages | Regular | | Overtime | | Double Time | | Total | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount | | |
| Wages | 177.75 | 2,844.01 | | 0.00 | | 0.00 | 177.75 | 2,844.01 | FICA-SS | 184.26 |
| Vacation | 8.00 | 128.00 | | 0.00 | | 0.00 | 8.00 | 128.00 | FICA-MED | 43.09 |
| | | | | | | | | | FIT | 147.03 |
| | | | | | | | | | Pennsylvania SIT | 91.24 |
| | | | | | | | | | Pennsylvania SUI | 2.08 |
| | | | | | | | | | Pennsylvania Blakel | 29.72 |
| | | | | | | | | | Pennsylvania Blakel | 5.00 |
| Totals | 185.75 | 2,972.01 | | 0.00 | | 0.00 | 185.75 | 2,972.01 | | 502.42 |

Direct deposit detail:

Net Check 2,469.59
Direct Deposit 0.00
Total Pay 2,469.59

| | Krenitsky's of Blakely, Inc. | | | 433 | James F Miller | | | SSN: 1337 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1427 Main Street | | | | 955 B Main St | | | | Check date: 02/12/26 | | Check #: 109353 |
| | Peckville, PA 18452 | | | | Peckville, PA 18452 | | | | Period begin: 02/01/26 | | Period end: 02/07/26 |

| | Regular | | | Overtime | | | Double Time | | | Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wages | Rate | Hours | Amount | Rate | Hours | Amount | Rate | Hours | Amount | Hours | Amount | Deductions | Amount |
| Wages | 16.00 | 29.78 | 476.53 | 24.00 | | 0.00 | 32.00 | | 0.00 | 29.78 | 476.53 | FICA-SS | 29.55 |
| | | | | | | | | | | | | FICA-MED | 6.91 |
| | | | | | | | | | | | | FIT | 16.69 |
| | | | | | | | | | | | | Pennsylvania SIT | 14.63 |
| | | | | | | | | | | | | Pennsylvania SUI | 0.33 |
| | | | | | | | | | | | | Pennsylvania Blakel | 4.77 |
| | | | | | | | | | | | | Pennsylvania Blakel | 1.00 |
| Totals | | 29.78 | 476.53 | | | 0.00 | | | 0.00 | 29.78 | 476.53 | | 73.88 |

Accruable benefits    Used this check    Available    Direct deposit detail:

Net Check 402.65
Direct Deposit 0.00
Total Pay 402.65

Year to Date

| | Regular | | | Overtime | | | Double Time | | | Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wages | | Hours | Amount | | Hours | Amount | | Hours | Amount | Hours | Amount | Deductions | Amount |
| Wages | | 207.53 | 3,320.54 | | | 0.00 | | | 0.00 | 207.53 | 3,320.54 | FICA-SS | 213.81 |
| Vacation | | 8.00 | 128.00 | | | 0.00 | | | 0.00 | 8.00 | 128.00 | FICA-MED | 50.00 |
| | | | | | | | | | | | | FIT | 163.72 |
| | | | | | | | | | | | | Pennsylvania SIT | 105.87 |
| | | | | | | | | | | | | Pennsylvania SUI | 2.41 |
| | | | | | | | | | | | | Pennsylvania Blakel | 34.49 |
| | | | | | | | | | | | | Pennsylvania Blakel | 6.00 |
| Totals | | 215.53 | 3,448.54 | | | 0.00 | | | 0.00 | 215.53 | 3,448.54 | | 576.30 |

Direct deposit detail:

Net Check 2,872.24
Direct Deposit 0.00
Total Pay 2,872.24

Krenitsky's of Blakely, Inc.  
1427 Main Street  
Peckville, PA 18452  

433  

James F Miller  
955 B Main St  
Peckville, PA 18452  

SSN: 1337  

Check date: 02/19/26  Check #: 109426  
Period begin: 02/08/26  Period end: 02/14/26  

| Wages | Regular Rate | Regular Hours | Regular Amount | Overtime Rate | Overtime Hours | Overtime Amount | Double Time Rate | Double Time Hours | Double Time Amount | Total Hours | Total Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wages | 16.00 | 36.85 | 589.60 | 24.00 | | 0.00 | 32.00 | | 0.00 | 36.85 | 589.60 | FICA-SS | 36.55 |
| | | | | | | | | | | | | FICA-MED | 8.55 |
| | | | | | | | | | | | | FIT | 28.83 |
| | | | | | | | | | | | | Pennsylvania SIT | 18.10 |
| | | | | | | | | | | | | Pennsylvania SUI | 0.41 |
| | | | | | | | | | | | | Pennsylvania Blakel | 5.90 |
| | | | | | | | | | | | | Pennsylvania Blakel | 1.00 |
| Totals | | 36.85 | 589.60 | | | 0.00 | | | 0.00 | 36.85 | 589.60 | | 99.34 |

Accruable benefits  Used this check  Available  Direct deposit detail:  

Net Check 490.26  
Direct Deposit 0.00  
Total Pay 490.26  

Year to Date  

| Wages | Regular Hours | Regular Amount | Overtime Hours | Overtime Amount | Double Time Hours | Double Time Amount | Total Hours | Total Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Wages | 244.38 | 3,910.14 | | 0.00 | | 0.00 | 244.38 | 3,910.14 | FICA-SS | 250.36 |
| Vacation | 8.00 | 128.00 | | 0.00 | | 0.00 | 8.00 | 128.00 | FICA-MED | 58.55 |
| | | | | | | | | | FIT | 192.55 |
| | | | | | | | | | Pennsylvania SIT | 123.97 |
| | | | | | | | | | Pennsylvania SUI | 2.82 |
| | | | | | | | | | Pennsylvania Blakel | 40.39 |
| | | | | | | | | | Pennsylvania Blakel | 7.00 |
| Totals | 252.38 | 4,038.14 | | 0.00 | | 0.00 | 252.38 | 4,038.14 | | 675.64 |

Direct deposit detail:  

Net Check 3,362.50  
Direct Deposit 0.00  
Total Pay 3,362.50

Krenitsky's of Blakely, Inc.  433  James F Miller  SSN: 1337  Check date: 02/26/26  Check #: 109500
1427 Main Street  955 B Main St  Period begin: 02/15/26  Period end: 02/21/26
Peckville, PA 18452  Peckville, PA 18452

| Wages | Regular | | | Overtime | | | Double Time | | | Total | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Rate | Hours | Amount | Rate | Hours | Amount | Rate | Hours | Amount | Hours | Amount | | |
| Wages | 16.00 | 36.82 | 589.07 | 24.00 | | 0.00 | 32.00 | | 0.00 | 36.82 | 589.07 | FICA-SS | 36.53 |
| | | | | | | | | | | | | FICA-MED | 8.54 |
| | | | | | | | | | | | | FIT | 28.77 |
| | | | | | | | | | | | | Pennsylvania SIT | 18.08 |
| | | | | | | | | | | | | Pennsylvania SUI | 0.41 |
| | | | | | | | | | | | | Pennsylvania Blakel | 5.89 |
| | | | | | | | | | | | | Pennsylvania Blakel | 1.00 |
| Totals | | 36.82 | 589.07 | | | 0.00 | | | 0.00 | 36.82 | 589.07 | | 99.22 |

Accruable benefits   Used this check   Available   Direct deposit detail:

Net Check    489.85
Direct Deposit    0.00
Total Pay    489.85

Year to Date

| Wages | Regular | | Overtime | | Double Time | | Total | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount | | |
| Wages | 281.20 | 4,499.21 | | 0.00 | | 0.00 | 281.20 | 4,499.21 | FICA-SS | 286.89 |
| Vacation | 8.00 | 128.00 | | 0.00 | | 0.00 | 8.00 | 128.00 | FICA-MED | 67.09 |
| | | | | | | | | | FIT | 221.32 |
| | | | | | | | | | Pennsylvania SIT | 142.05 |
| | | | | | | | | | Pennsylvania SUI | 3.23 |
| | | | | | | | | | Pennsylvania Blakel | 46.28 |
| | | | | | | | | | Pennsylvania Blakel | 8.00 |
| Totals | 289.20 | 4,627.21 | | 0.00 | | 0.00 | 289.20 | 4,627.21 | | 774.86 |

Direct deposit detail:

Net Check    3,852.35
Direct Deposit    0.00
Total Pay    3,852.35

| Krenitsky's of Blakely, Inc. | | | 433 | James F Miller | | SSN: 1337 | Check date: 03/05/26 | Check #: 109570 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1427 Main Street | | | | 955 B Main St | | | Period begin: 02/22/26 | Period end: 02/28/26 |
| Peckville, PA 18452 | | | | Peckville, PA 18452 | | | | |

| | Regular | | | | Overtime | | | | Double Time | | | Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wages | Rate | Hours | Amount | Rate | Hours | Amount | Rate | Hours | Amount | Hours | Amount | Deductions | Amount | | |
| Wages | 16.00 | 36.88 | 590.13 | 24.00 | | 0.00 | 32.00 | | 0.00 | 36.88 | 590.13 | FICA-SS | 36.59 | | |
| | | | | | | | | | | | | FICA-MED | 8.56 | | |
| | | | | | | | | | | | | FIT | 28.89 | | |
| | | | | | | | | | | | | Pennsylvania SIT | 18.12 | | |
| | | | | | | | | | | | | Pennsylvania SUI | 0.41 | | |
| | | | | | | | | | | | | Pennsylvania Blakel | 5.90 | | |
| | | | | | | | | | | | | Pennsylvania Blakel | 1.00 | | |
| Totals | | 36.88 | 590.13 | | | 0.00 | | | 0.00 | 36.88 | 590.13 | | 99.47 | | |

Accruable benefits    Used this check    Available    Direct deposit detail:

Net Check  490.66
Direct Deposit  0.00
Total Pay  490.66

### Year to Date

| | Regular | | Overtime | | Double Time | | Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Wages | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount | Deductions | Amount |
| Wages | 318.08 | 5,089.34 | | 0.00 | | 0.00 | 318.08 | 5,089.34 | FICA-SS | 323.48 |
| Vacation | 8.00 | 128.00 | | 0.00 | | 0.00 | 8.00 | 128.00 | FICA-MED | 75.65 |
| | | | | | | | | | FIT | 250.21 |
| | | | | | | | | | Pennsylvania SIT | 160.17 |
| | | | | | | | | | Pennsylvania SUI | 3.64 |
| | | | | | | | | | Pennsylvania Blakel | 52.18 |
| | | | | | | | | | Pennsylvania Blakel | 9.00 |
| Totals | 326.08 | 5,217.34 | | 0.00 | | 0.00 | 326.08 | 5,217.34 | | 874.33 |

Direct deposit detail:

Net Check  4,343.01
Direct Deposit  0.00
Total Pay  4,343.01

| | | Krenitsky's of Blakely, Inc. 1427 Main Street Peckville, PA 18452 | 433 | James F Miller 955 B Main St Peckville, PA 18452 | | SSN: 1337 | | Check date: 03/12/26 Period begin: 03/01/26 | Check #: 109638 Period end: 03/07/26 |

| Wages | Regular | | | Overtime | | | Double Time | | | Total | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Rate | Hours | Amount | Rate | Hours | Amount | Rate | Hours | Amount | Hours | Amount | | |
| Wages | 16.00 | 36.82 | 589.07 | 24.00 | | 0.00 | 32.00 | | 0.00 | 36.82 | 589.07 | FICA-SS | 36.52 |
| | | | | | | | | | | | | FICA-MED | 8.54 |
| | | | | | | | | | | | | FIT | 28.77 |
| | | | | | | | | | | | | Pennsylvania SIT | 18.08 |
| | | | | | | | | | | | | Pennsylvania SUI | 0.41 |
| | | | | | | | | | | | | Pennsylvania Blakel | 5.89 |
| | | | | | | | | | | | | Pennsylvania Blakel | 1.00 |
| Totals | | 36.82 | 589.07 | | | 0.00 | | | 0.00 | 36.82 | 589.07 | | 99.21 |

Accruable benefits   Used this check   Available   Direct deposit detail:

Net Check 489.86
Direct Deposit 0.00
Total Pay 489.86

### Year to Date

| Wages | Regular | | Overtime | | Double Time | | Total | | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount | | |
| Wages | 354.90 | 5,678.41 | | 0.00 | | 0.00 | 354.90 | 5,678.41 | FICA-SS | 360.00 |
| Vacation | 8.00 | 128.00 | | 0.00 | | 0.00 | 8.00 | 128.00 | FICA-MED | 84.19 |
| | | | | | | | | | FIT | 278.98 |
| | | | | | | | | | Pennsylvania SIT | 178.25 |
| | | | | | | | | | Pennsylvania SUI | 4.05 |
| | | | | | | | | | Pennsylvania Blakel | 58.07 |
| | | | | | | | | | Pennsylvania Blakel | 10.00 |
| Totals | 362.90 | 5,806.41 | | 0.00 | | 0.00 | 362.90 | 5,806.41 | | 973.54 |

Direct deposit detail:

Net Check 4,832.87
Direct Deposit 0.00
Total Pay 4,832.87

REORDER FORM #131LB1                                                                USE WITH COMPANION ENVELOPE #44-005

Case 5:26-bk-00680   Doc 4   Filed 03/13/26   Entered 03/13/26 14:47:48   Desc Main
Document   Page 9 of 9