United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 26-00680-MJC

James Fredrick Miller                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                    User: AutoDocke                                    Page 1 of 3

Date Rcvd: May 04, 2026                          Form ID: ntcnfhrg                                    Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Fredrick Miller, 955 Main St Apt B, Peckville, PA 18452-2172 |
| 5787613 | + | Christopher Carfagno Esq, Pressler, Felt & Warshaw LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 5787616 | | Dinesh Goyal, PO Box 1010, Evansville, IN 47706-1010 |
| 5787622 | + | James Miller, 716 Rt 434, Shohola, PA 18458-3720 |
| 5787628 | | Mission Lane Credit Card, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5787629 | | Officer, Managing, or General Agent, OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5787632 | + | Oportun/Progreso Financial, PO Box 560910, The Colony, TX 75056-0910 |
| 5787635 | | The Bank of Missouri, Attn: Bankruptcy, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |
| 5787638 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5787611 | | Email/Text: BNBSB@capitalsvcs.com | May 04 2026 18:59:00 | CCS/Bryant State Bank, Attn: Bankruptcy Dept, PO Box 215, Bryant, SD 57221-0215 |
| 5787612 | | Email/Text: BNBSB@capitalsvcs.com | May 04 2026 18:59:00 | CCS/Bryant State Bank, PO Box 5161, Sioux Falls, SD 57117-5161 |
| 5787640 | | Email/Text: cfcbackoffice@contfinco.com | May 04 2026 19:00:00 | Verve, 4550 New Linden Hill Rd #400, Wilmington, DE 19808 |
| 5787614 | | Email/Text: customercareus@creditcorpsolutionsinc.com | May 04 2026 18:59:00 | Credit Corp Solutions, 121 W Election Rd, Draper, UT 84020-7720 |
| 5787610 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 04 2026 19:04:37 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5787615 | | Email/Text: bankruptcydpt@mcmcg.com | May 04 2026 19:00:00 | Credit One Bank N.A., Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5797466 | | Email/Text: ECMCBKNotices@ecmc.org | May 04 2026 19:00:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 5787617 | + | Email/Text: ECMCBKNotices@ecmc.org | May 04 2026 19:00:00 | Educational Credit Management Corp, 111 S Washington Ave, Suite 1400, Minneapolis, MN 55401-6800 |
| 5787620 | | Email/Text: BNSFS@capitalsvcs.com | May 04 2026 18:59:00 | FSB Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 5787618 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 04 2026 19:04:33 | Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 5787619 | ^ | MEBN | May 04 2026 18:55:27 | Fortiva Credit Card, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5787621 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 04 2026 19:00:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5789448 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 04 2026 19:00:00 | Jefferson Capital Systems, LLC, PO BOX 7999, |

| | | | | |
|---|---|---|---|---|
| | | | | SAINT CLOUD, MN 56302-9617 |
| 5787623 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 04 2026 19:00:00 | Jefferson Capital Systems, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5787624 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 04 2026 19:00:00 | Jefferson Capital Systems, 200 14th Ave East, Sartell, MN 56377-4500 |
| 5787625 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 04 2026 19:04:34 | LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 5787626 | | Email/PDF: resurgentbknotifications@resurgent.com | May 04 2026 19:04:34 | LVNV Funding LLC, C/O Resurgent Capital Services, PO Box 10466, Greenville, SC 29603-0466 |
| 5788333 | | Email/PDF: resurgentbknotifications@resurgent.com | May 04 2026 19:04:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5791556 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 04 2026 19:04:38 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5787627 | | Email/Text: bankruptcydpt@mcmcg.com | May 04 2026 19:00:00 | Midland Credit Management, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 5798629 | + | Email/Text: bankruptcydpt@mcmcg.com | May 04 2026 19:00:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5787630 | | Email/PDF: cbp@omf.com | May 04 2026 19:04:33 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5787631 | | Email/PDF: cbp@omf.com | May 04 2026 19:04:33 | OneMain Financial, 239 Northern Blvd, Suite 1, S Abington Twp, PA 18411-9302 |
| 5793637 | + | Email/PDF: cbp@omf.com | May 04 2026 19:04:32 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5787634 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 04 2026 19:04:34 | Portfolio Recovery Associates, Attn: Bankruptcy, 120 Corporate Blvd Suite 100, Norfolk, VA 23502 |
| 5787633 | ^ | MEBN | May 04 2026 18:55:45 | Pathward NA/Oportun, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 5791614 | | Email/Text: bnc-quantum@quantum3group.com | May 04 2026 19:00:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5787636 | | Email/PDF: resurgentbknotifications@resurgent.com | May 04 2026 19:04:33 | Total Card Bank of Missouri, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 5787637 | + | Email/Text: bankruptcydepartment@tsico.com | May 04 2026 19:00:00 | Transworld Systems Inc, 500 Virginia Dr, Suite 514, Fort Washington, PA 19034-2733 |
| 5787639 | | Email/Text: edbknotices@ecmc.org | May 04 2026 18:59:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5787641 | | Email/Text: bk@avant.com | May 04 2026 19:00:00 | WebBank/Avant, 222 N La Salle St Ste 1700, Chicago, IL 60601-1101 |
| 5787642 | + | Email/Text: documentfiling@lciinc.com | May 04 2026 18:59:00 | Xfinity, 1128 Commerce Blvd, Dickson City, PA 18519-1688 |
| 5787643 | | Email/Text: documentfiling@lciinc.com | May 04 2026 18:59:00 | Xfinity, PO Box 21129, Eagan, MN 55121-0129 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2026        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Carlo Sabatini | on behalf of Debtor 1 James Fredrick Miller usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

James Fredrick Miller,
 aka James F Miller, aka James Miller,

Chapter        13

**Debtor 1**

Case No.        5:26−bk−00680−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 4, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: June 11, 2026<br><br>Time: 10:00 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 4, 2026 |

ntcnfhrg (08/21)