# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | Chapter 13 |
| James Fredrick Miller, | Case No. 5:26−bk−00680−MJC |
| Debtor | |

### Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3

| Title of Paper Served: | ORDER CONFIRMING FIRST AMENDED CHAPTER 13 PLAN | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| The entities on the attached service list | | United States Mail – First Class |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: June 18, 2026

s/Ashley Weisenfluh
Ashley Weisenfluh, Paralegal
Sabatini Law Firm, LLC
216 N. Blakely St.,
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769

| |
|---|
| BRYANT STATE BANK<br>ATTN: BANKRYPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS, SD 57110-1003 |
| Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 |
| Christopher Carfagno Esq.<br>Pressler, Felt & Warshaw, LLP<br>7 Entin Rd<br>Parsippany, NJ 07054-0245 |
| CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO, NY 14240-3220 |
| CREDIT CORP SOLUTIONS, INC.<br>121 W ELECTION RD<br>SANDY, UT 84020-7766 |
| Credit One Bank, N.A.<br>Attn: Bankruptcy<br>PO Box 939069<br>San Diego, CA 92193-9069 |
| Dinesh Goyal<br>PO Box 1010<br>Evansville, IN 47706-1010 |
| ECMC<br>PO Box 16408<br>St. Paul, MN 55116-0408 |
| Educational Credit Management, Corp.<br>111 S Washington Ave., Suite 1400<br>Minneapolis, MN 55401-6800 |
| Fingerhut<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303-0820 |
| FIRST SAVINGS BANK<br>ATTN: BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS, SD 57110-1003 |
| Fortiva Credit Card<br>Attn: Bankruptcy<br>200 14th Ave E<br>Sartell, MN 56377-4500 |
| IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| James Fredrick Miller<br>955 Main St., Apt B<br>Peckville, PA 18452-2172 |

| |
|---|
| Jefferson Capital Systems<br>200 14th Ave E<br>Sartell, MN 56377-4500 |
| JEFFERSON CAPITAL SYSTEMS, LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-7999 |
| LVNV Funding, LLC<br>C/O Resurgent Capital Services<br>PO Box 10466<br>Greenville, SC 29603-0466 |
| LVNV Funding, LLC<br>PO Box 1269<br>Greenville, SC 29602-1269 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Midland Credit Management, Inc.<br>350 Camino de la Reina<br>San Diego, CA 92108-3007 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Mission Lane Credit Card<br>Attn: Bankruptcy<br>200 14th Ave E<br>Sartell, MN 56377-4500 |
| Officer, Managing, or General Agent<br>OneMain Financial<br>PO Box 1010<br>Evansville, IN 47706-1010 |
| OneMain Financial<br>239 Northern Blvd., Suite 1<br>S Abington Twp, PA 18411-9302 |
| OneMain Financial<br>PO Box 1010<br>Evansville, IN 47706-1010 |
| OneMain Financial Group, LLC<br>PO Box 3251<br>Evansville, IN 47731-3251 |
| Oportun/Progreso Financial<br>PO Box 560910<br>The Colony, TX 75056-0910 |

| |
|---|
| Pathward NA/Oportun<br>2 Circle Star Way<br>San Carlos, CA 94070-6200 |
| Pennsylvania Department of Revenue, Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>PO BOX 41067<br>NORFOLK, VA 23541-1067 |
| Quantum3 Group, LLC<br>Credit Corp Solutions, Inc.<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Quantum3 Group, LLC<br>Crown Asset Management, LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| The Bank of Missouri<br>Attn: Bankruptcy<br>275 Battery St Fl 23<br>San Francisco, CA 94111-3305 |
| Total Card Bank of Missouri<br>Resurgent Correspondence<br>PO Box 1269<br>Greenville, SC 29602-1269 |
| Transworld Systems, Inc.<br>500 Virginia Dr., Suite 514<br>Fort Washington, PA 19034-2733 |
| US Attorney for the PA Middle District<br>William J. Nealon Federal Building<br>235 N Washington Ave., Ste 311<br>Scranton, PA 18503-1533 |
| US Department of Education<br>400 Maryland Ave SW<br>Washington, DC 20202-0001 |
| Verizon<br>AIS InfoSource, LP<br>PO Box 4457<br>Houston, TX  77210-4457 |
| WebBank/Avant<br>222 N La Salle St., Ste 1700<br>Chicago, IL 60601-1101 |
| Xfinity<br>1128 Commerce Blvd<br>Dickson City, PA 18519-1688 |

Xfinity
PO Box 21129
Eagan, MN 55121-0129